# Attachment: 1

