# Attachment: 2

